# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

MIKE JACOB PROFITT                                                          PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:10CV-472-H

SHERRIFF RAPE CASE *et al.*                                                DEFENDANTS

## MEMORANDUM OPINION

Plaintiff initiated this action by filing a handwritten, largely illegible document on his own paper (DN 1). The Clerk of Court issued a notice of deficiency directing Plaintiff to fill out a complaint form, prepare a summons for each Defendant, and either pay the $350 filing fee or file an application to proceed without prepayment of fee (DN 3). On July 14, 2010, the notice of deficiency was returned to the Court by the United States Postal Service marked "Returned to Sender-No Such Number" (DN 4).

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). As is apparent from the returned mail, neither notices from this Court nor filings by Defendants can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc: Plaintiff, *pro se*
4412.005